UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 05 B 01270
  ROSEMARY ANN BACKMAN
                                            CHAPTER 13

                                            JUDGE: MANUEL BARBOSA
            Debtor
  SSN XXX-XX-6327
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/14/05 and confirmed on 02/24/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  17820.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PHH MORTGAGE CORP | NOTICE ONLY | .00 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 9221.15 | .00 | 4525.83 |
| SMC | UNSECURED | 1419.07 | .00 | 696.49 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9498.14 | .00 | 4661.78 |
| CITI CARD | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 6247.98 | .00 | 3066.57 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5029.16 | .00 | 2468.36 |
| J C PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| LOWES | UNSECURED | NOT FILED | .00 | .00 |

       Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 31415.50 | .00 | 31415.50 |
| PRINCIPAL PAID | .00 | .00 | 15419.03 | .00 | 15419.03 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 15419.03 | .00 | 15419.03 |

The Debtor's attorney, COSTELLO & COSTELLO           , was allowed $   2200.00
and was paid $    641.00  direct and $   1559.00  through the plan.

The Trustee received $     841.97 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 12/12/08                        /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```